GRACE E. STONE, as Administratrix of the Estate of BERNICE B. STONE, Deceased, Respondent, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

(Argued April 30, 1935; decided May 28, 1935.)

*Nicholas J. Weldgen* for appellant. The statements in the applications, being warranties, and having been shown on plaintiff's proof to be false, the plaintiff cannot recover. (*King* v. *Tioga County*, 35 App. Div. 58; *Satz* v. *Massachusetts Bonding & Ins. Co.*, 243 N. Y. 385; *Foot* v. *Ætna Life Ins. Co.*, 61 N. Y. 571; *Barteau* v. *Phœnix Mut. Life Ins. Co.*, 67 N. Y. 595; *Kenyon* v. *K. T. & M. M. A. Assn.*, 122 N. Y. 247; *Clemans* v. *Supreme Assembly*, 131 N. Y. 485; *Enthoven* v. *American Fidelity Co.*, 128 N. Y. Supp. 805; 150 App. Div. 928; 211 N. Y. 561; *Keck* v. *Metropolitan Life Ins. Co.*, 238 App. Div. 538; 264 N. Y. 422; *Travelers Ins. Co.* v. *Pomerantz*, 246 N. Y. 63; *Anderson* v. *Ætna Life Ins. Co.*, 265 N. Y. 376; *Saad* v. *N. Y. Life Ins. Co.*, 201 App. Div. 544; 235 N. Y. 550; *Minsker* v. *John Hancock Mut. Life Ins. Co.*, 254 N. Y. 333.)

*Seymour Bernstein* and *Charles B. Bechtold* for respondent. The statements in the applications are immaterial except as they affect the provisions of sound health at the date of the applications. (*Silverstein* v. *Metropolitan Life Ins. Co.*, 254 N. Y. 81.)

*Per Curiam.* Some of the answers in the applications for insurance being palpably false, and such answers being a part of the applications which would have been incorporated in due course in the policies, it follows that the judgments in favor of the plaintiff should be reversed and the complaint dismissed, with costs in all courts. (See *Axelroad* v. *Metropolitan Life Ins. Co.*, 267 N. Y. 437, decided May 21, 1935.)

CRANE, Ch. J., LEHMAN, O'BRIEN and LOUGHRAN, JJ., concur; HUBBS, CROUCH and FINCH, JJ., dissent.

Judgments reversed, etc. (See 268 N. Y. 630.)